Laura E. Rosenbaum, OSB No. 110061
laura.rosenbaum@stoel.com
Ryan S. Kunkel, OSB No. 154671
ryan.kunkel@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KATRINA BRYANT, | Case No.: 3:20-cv-01004-IM |
| Plaintiff, | **JOINT MOTION TO STAY** |
| v. | |
| SHEAKLEY HR, LLC and GRAY CONSTRUCTION, INC., | |
| Defendant. | |

Plaintiff Katrina Bryant (Bryant) and Defendant Gray Construction, Inc. (Gray) jointly move for a ninety (90) day stay of all current deadlines while the parties attempt to resolve the issues in dispute. (Defendant Sheakley HR, LLC has not yet appeared in the case.) The parties make this motion in good faith and not for any improper purpose or to cause undue delay.

This case is not currently set for any hearings or trial, so the requested extension should not disturb the Court's docket. The parties agree to immediately inform the Court should the parties resolve the matter. Should either party feel that attempts to resolve the dispute are not

Page 1  -   JOINT MOTION TO STAY

proceeding in good faith, they may notify the other parties in writing and request that the stay be lifted, at which time Gray would have 14 days to respond to the Amended Complaint.

Bryant and Gray jointly respectfully request the Court enter an order to stay this case for ninety (90) days.

DATED: July 28, 2020.

| OLSEN DAINES | STOEL RIVES LLP |
|---|---|
| *s/ Michael Fuller* <br> MICHAEL FULLER, OSB No. 09357 <br> michael@underdoglawyer.com <br> Telephone: 503.222.2000 <br><br> Attorneys for Plaintiff | *s/ Ryan S. Kunkel* <br> LAURA E. ROSENBAUM, OSB No. 110061 <br> laura.rosenbaum@stoel.com <br> RYAN S. KUNKEL, OSB No. 154671 <br> ryan.kunkel@stoel.com <br> Telephone: 503.224.3380 <br><br> Attorneys for Defendant Gray Construction, Inc. |